**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 15-43625
 §
DANIEL FOOT §
MELISSA FOOT §
 §
 Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2015. The undersigned trustee was appointed on 12/30/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,607.16

 Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $61.48 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $8,545.68 |

 The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/10/2016 and the deadline for filing government claims was 06/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,610.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,610.72, for a total compensation of $1,610.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $25.12, for total expenses of $25.12.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 15-43625 | | Trustee Name: | David Leibowitz |
| Case Name: | FOOT, DANIEL AND FOOT, MELISSA | | Date Filed (f) or Converted (c): | 12/30/2015 (f) |
| For the Period Ending: | 2/5/2017 | | §341(a) Meeting Date: | 01/27/2016 |
| | | | Claims Bar Date: | 06/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  3838 N. Pontiac Avenue Chicago, IL 60634 | $246,864.00 | $0.00 | | $0.00 | FA |
| 2  2005 Ford Explorer | $3,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Car appears to be owned jointly - two exemptions per 12-1001(c) | | | | | |
| 3  2011 Mazda CX-9 | $16,625.00 | $0.00 | | $0.00 | FA |
| 4  TV Blue Ray Player, X Box, Cell Phones | $800.00 | $150.00 | | $0.00 | FA |
| 5  firearms Remington Rifle; Walter P9 Handgun | $550.00 | $0.00 | | $0.00 | FA |
| 6  Clothes | $400.00 | $0.00 | | $0.00 | FA |
| 7  Jewelry - Diamond Ring | $6,000.00 | $200.00 | | $200.00 | FA |
| Asset Notes:  $5800 claimed as exempt on amended C filed 03/02/16; docket 18 | | | | | |
| 8  Used furniture and appliances | $1,000.00 | $0.00 | | $0.00 | FA |
| 9  Chase account as of date of filing | $200.00 | $200.00 | | $200.00 | FA |
| 10  Chase Savings Account | $5.00 | $5.00 | | $0.00 | FA |
| 11  Federal income tax refund 2015  (u) | $0.00 | $7,108.00 | | $7,108.00 | FA |
| 12  Earnings not yet deposited  (u) | $3,214.40 | $482.16 | | $482.16 | FA |
| Asset Notes:  "Advantage Future Direct Deposit"; 85% exempt (735 ILCS 5/12-803) | | | | | |
| 13  VA Disability Benefits  (u) | $1,325.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  exempt (735 ILCS 5/12-1001 (g)(2)) | | | | | |
| 14  IL State income tax refund 2015  (u) | $0.00 | $617.00 | | $617.00 | FA |

**TOTALS (Excluding unknown value)**     $280,483.40     $8,762.16     $8,607.16     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:

Asset Case - non-exempt income tax refunds, non-exempt portion of wages, non-exempt value of wedding ring, and non-exempt bank account balance

Debtors have paid Trustee in full.

Claims bar date: 6/10/16 (government bar date: 6/27/16)

claims reviewed. ready for TFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2            Exhibit A

| **Case No.:** | 15-43625 | | | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | FOOT, DANIEL  AND FOOT, MELISSA | | | **Date Filed (f) or Converted (c):** | 12/30/2015 (f) |
| **For the Period Ending:** | 2/5/2017 | | | **§341(a) Meeting Date:** | 01/27/2016 |
| | | | | **Claims Bar Date:** | 06/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  09/30/2016          **Current Projected Date Of Final Report (TFR):**  02/06/2017          /s/ DAVID LEIBOWITZ

                                                                                                                        DAVID LEIBOWITZ

**FORM 2**
Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL AND FOOT, MELISSA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/09/2016 | | Daniel W. Foot | 1st Installment payment for non-exempt assets | * | $7,408.00 | | $7,408.00 |
| | {11} | | 1st Installment payment for non-exempt assets  $6,117.53 | 1224-000 | | | $7,408.00 |
| | {14} | | 1st Installment payment for non-exempt assets  $530.41 | 1224-000 | | | $7,408.00 |
| | {7} | | 1st Installment payment for non-exempt assets  $172.61 | 1129-000 | | | $7,408.00 |
| | {9} | | 1st Installment payment for non-exempt assets  $172.61 | 1129-000 | | | $7,408.00 |
| | {12} | | 1st Installment payment for non-exempt assets  $414.84 | 1229-000 | | | $7,408.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.48 | $7,399.52 |
| 04/19/2016 | | Daniel W. Foot | 2nd Installment payment for non-exempt assets | * | $954.00 | | $8,353.52 |
| | {14} | | 2nd Installment payment for non-exempt assets  $68.30 | 1224-000 | | | $8,353.52 |
| | {7} | | 2nd Installment payment for non-exempt assets  $22.23 | 1129-000 | | | $8,353.52 |
| | {9} | | 2nd Installment payment for non-exempt assets  $22.23 | 1129-000 | | | $8,353.52 |
| | {12} | | 2nd Installment payment for non-exempt assets  $53.42 | 1229-000 | | | $8,353.52 |
| | {11} | | 2nd Installment payment for non-exempt assets  $787.82 | 1224-000 | | | $8,353.52 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.53 | $8,340.99 |
| 05/03/2016 | (7) | William M. Murakoeski | [Deposit Entered in Error] 3rd Installment | 1129-000 | $245.16 | | $8,586.15 |
| 05/03/2016 | (12) | WILLIAM MURAKOWSKI | [NSF] 3rd Installment payment for non-exempt assets | 1229-000 | $245.16 | | $8,831.31 |
| 05/04/2016 | (7) | William M. Murakoeski | [Deposit Entered in Error] 3rd Installment | 1129-000 | ($245.16) | | $8,586.15 |
| 05/16/2016 | (12) | WILLIAM MURAKOWSKI | [NSF] 3rd Installment payment for non-exempt assets | 1229-000 | ($245.16) | | $8,340.99 |

**SUBTOTALS**  $8,362.00  $21.01

**FORM 2**

Page No: 2                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL AND FOOT, MELISSA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2016 | | WILLIAM MURAKOWSKI | 3rd Installment payment for non-exempt assets (paid by Debtors' attorney from client funds) | * | $245.16 | | $8,586.15 |
| | {11} | | 3rd Installment payment for non-exempt assets    $202.65 | 1224-000 | | | $8,586.15 |
| | {14} | | 3rd Installment payment for non-exempt assets    $18.29 | 1224-000 | | | $8,586.15 |
| | {7} | | 3rd Installment payment for non-exempt assets    $5.16 | 1129-000 | | | $8,586.15 |
| | {9} | | 3rd Installment payment for non-exempt assets    $5.16 | 1129-000 | | | $8,586.15 |
| | {12} | | 3rd Installment payment for non-exempt assets    $13.90 | 1229-000 | | | $8,586.15 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.28 | $8,572.87 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.38 | $8,559.49 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.81 | $8,545.68 |

|  | TOTALS: | $8,607.16 | $61.48 | $8,545.68 |
|---|---|---|---|---|
|  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  | Subtotal | $8,607.16 | $61.48 | |
|  | Less: Payments to debtors | $0.00 | $0.00 | |
|  | Net | $8,607.16 | $61.48 | |

| For the period of  12/30/2015 to 2/5/2017 | | For the entire history of the account between 03/09/2016 to 2/5/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,607.16 | Total Compensable Receipts: | $8,607.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,607.16 | Total Comp/Non Comp Receipts: | $8,607.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.48 | Total Compensable Disbursements: | $61.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.48 | Total Comp/Non Comp Disbursements: | $61.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2     Page No: 3     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL AND FOOT, MELISSA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,607.16 | $61.48 | $8,545.68 |

| **For the period of 12/30/2015 to 2/5/2017** | | **For the entire history of the case between 12/30/2015 to 2/5/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,607.16 | Total Compensable Receipts: | $8,607.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,607.16 | Total Comp/Non Comp Receipts: | $8,607.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.48 | Total Compensable Disbursements: | $61.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.48 | Total Comp/Non Comp Disbursements: | $61.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-43625 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FOOT, DANIEL AND FOOT, MELISSA | | | | | | | | Date: 2/5/2017 |
| Claims Bar Date: | 06/10/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>American Infosource Lp as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,740.24 | $0.00 | $0.00 | $0.00 | $7,740.24 |
| 5 | CERASTES, LLC<br><br>C O WEINSTEIN & RILEY, PS<br>P.O. Box 3978<br>SEATTLE WA 98124-3978 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $668.84 | $0.00 | $0.00 | $0.00 | $668.84 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,610.72 | $0.00 | $0.00 | $0.00 | $1,610.72 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $25.12 | $0.00 | $0.00 | $0.00 | $25.12 |
| 4 | NAVIENT SOLUTIONS INC.<br><br>P.O. Box 9533<br>Wilkes-Barre PA 18773-9533 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,682.11 | $0.00 | $0.00 | $0.00 | $4,682.11 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank (AMAZON.COM STORE CARD)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,265.51 | $0.00 | $0.00 | $0.00 | $2,265.51 |

**Case No.** 15-43625  
**Case Name:** FOOT, DANIEL AND FOOT, MELISSA  
**Claims Bar Date:** 06/10/2016

**Trustee Name:** David Leibowitz  
**Date:** 2/5/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $716.73 | $0.00 | $0.00 | $0.00 | $716.73 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $204.93 | $0.00 | $0.00 | $0.00 | $204.93 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,868.85 | $0.00 | $0.00 | $0.00 | $1,868.85 |
| | | | | | **$19,783.05** | **$0.00** | **$0.00** | **$0.00** | **$19,783.05** |

**CLAIMS ANALYSIS REPORT**                                                                 Page No: 3
                                                                                           Exhibit C

| Case No.        | 15-43625                        | Trustee Name: David Leibowitz |
| Case Name:      | FOOT, DANIEL AND FOOT, MELISSA  | Date: 2/5/2017                |
| Claims Bar Date:| 06/10/2016                      |                               |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $4,682.11 | $4,682.11 | $0.00 | $0.00 | $0.00 | $4,682.11 |
| Payments to Unsecured Credit Card Holders | $13,465.10 | $13,465.10 | $0.00 | $0.00 | $0.00 | $13,465.10 |
| Trustee Compensation | $1,610.72 | $1,610.72 | $0.00 | $0.00 | $0.00 | $1,610.72 |
| Trustee Expenses | $25.12 | $25.12 | $0.00 | $0.00 | $0.00 | $25.12 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     15-43625
Case Name:    DANIEL FOOT
              MELISSA FOOT
Trustee Name: David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $8,545.68 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,545.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,610.72 | $0.00 | $1,610.72 |
| David P. Leibowitz, Trustee Expenses | $25.12 | $0.00 | $25.12 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,635.84 |
| Remaining balance: | $6,909.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,909.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,909.84 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,147.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $204.93 | $0.00 | $78.03 |
| 2 | Quantum3 Group LLC as agent for | $1,868.85 | $0.00 | $711.59 |
| 3 | Capital One Bank (USA), N.A. | $7,740.24 | $0.00 | $2,947.22 |
| 4 | Navient Solutions Inc. | $4,682.11 | $0.00 | $1,782.79 |
| 5 | Cerastes, LLC | $668.84 | $0.00 | $254.67 |
| 6 | PYOD, LLC its successors and assigns as assignee | $716.73 | $0.00 | $272.91 |
| 7 | Portfolio Recovery Associates, LLC | $2,265.51 | $0.00 | $862.63 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,909.84 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**