# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-43625 |
| | § | |
| DANIEL FOOT | § | |
| MELISSA FOOT | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $233,644.00 | Assets Exempt: | $45,957.24 |
| Total Distributions to Claimants: | $6,909.84 | Claims Discharged Without Payment: | $59,397.42 |
| Total Expenses of Administration: | $1,697.32 | | |

3)        Total gross receipts of $8,607.16  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,607.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $278,693.19 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,697.32 | $1,697.32 | $1,697.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $65,509.29 | $18,147.21 | $18,147.21 | $6,909.84 |
| **Total Disbursements** | $344,202.48 | $19,844.53 | $19,844.53 | $8,607.16 |

4).  This case was originally filed under chapter 7 on 12/30/2015.  The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/04/2017</u>          By:   <u>/s/ David P. Leibowitz</u>
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Chase account as of date of filing | 1129-000 | $200.00 |
| Jewelry - Diamond Ring | 1129-000 | $200.00 |
| Federal income tax refund 2015 | 1224-000 | $7,108.00 |
| IL State income tax refund 2015 | 1224-000 | $617.00 |
| Earnings not yet deposited | 1229-000 | $482.16 |
| **TOTAL GROSS RECEIPTS** | | $8,607.16 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CRB AUTO | 4210-000 | $20,526.21 | $0.00 | $0.00 | $0.00 |
| | FREEDOM MORTGAGE | 4110-000 | $258,166.98 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $278,693.19 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,610.72 | $1,610.72 | $1,610.72 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $25.12 | $25.12 | $25.12 |
| Green Bank | 2600-000 | NA | $61.48 | $61.48 | $61.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,697.32 | $1,697.32 | $1,697.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $170.00 | $204.93 | $204.93 | $78.03 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $1,806.55 | $1,868.85 | $1,868.85 | $711.59 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $7,740.00 | $7,740.24 | $7,740.24 | $2,947.22 |
| 4 | Navient Solutions Inc. | 7100-000 | $4,862.09 | $4,682.11 | $4,682.11 | $1,782.79 |
| 5 | Cerastes, LLC | 7100-900 | $0.00 | $668.84 | $668.84 | $254.67 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $682.60 | $716.73 | $716.73 | $272.91 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $2,088.00 | $2,265.51 | $2,265.51 | $862.63 |
|  | ADVOCATE LUTHERAN GENERAL HOSPITAL | 7100-000 | $8,321.00 | $0.00 | $0.00 | $0.00 |
|  | ALLIED BENEFIT SYSTEMS INC | 7100-000 | $464.56 | $0.00 | $0.00 | $0.00 |
|  | BANK OF AMERICA | 7100-000 | $6,930.00 | $0.00 | $0.00 | $0.00 |
|  | CAP1/BESTBUY | 7100-000 | $4,800.00 | $0.00 | $0.00 | $0.00 |
|  | CAP1/CARSONS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CAP1/MENARDS | 7100-000 | $620.00 | $0.00 | $0.00 | $0.00 |
|  | CBNA | 7100-000 | $682.00 | $0.00 | $0.00 | $0.00 |
|  | CITIZENS BANK | 7100-000 | $505.00 | $0.00 | $0.00 | $0.00 |
|  | CITIZENS BANK | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago | 7100-000 | $144.88 | $0.00 | $0.00 | $0.00 |
|  | CMPPTNRS/UNIV OF DAYTON | 7100-000 | $181.00 | $0.00 | $0.00 | $0.00 |
|  | COMCAST | 7100-000 | $179.31 | $0.00 | $0.00 | $0.00 |
|  | COMED | 7100-000 | $177.00 | $0.00 | $0.00 | $0.00 |
|  | COMENITY BANK/VICTORIAS SECRET | 7100-000 | $1,677.00 | $0.00 | $0.00 | $0.00 |
|  | DAVID MITTELMAN MD | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
|  | DAY AIR CREDIT UNION | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| DR. DAVID MITTELMAN/PED OPTHALMOLOGY | 7100-000 | $242.05 | $0.00 | $0.00 | $0.00 |
| EKDAWI, NOHA, MD | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| ICC NORRIDGE | 7100-000 | $186.00 | $0.00 | $0.00 | $0.00 |
| JOHN P. KENNEY DDS | 7100-000 | $9.28 | $0.00 | $0.00 | $0.00 |
| JOHN P. KENNEY DDS | 7100-000 | $9.28 | $0.00 | $0.00 | $0.00 |
| MIDWEST ANES PARTNERS | 7100-000 | $1,982.32 | $0.00 | $0.00 | $0.00 |
| PEOPLES GAS | 7100-000 | $102.00 | $0.00 | $0.00 | $0.00 |
| PRESENCE HEALTH | 7100-000 | $45.65 | $0.00 | $0.00 | $0.00 |
| RACHEL SACCARO, DO | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| STATE FARM FIRE & CASUALTY COMPANY | 7100-000 | $184.72 | $0.00 | $0.00 | $0.00 |
| SYNCB/CARE CREDIT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCBCREDIT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| US BANK | 7100-000 | $8,700.00 | $0.00 | $0.00 | $0.00 |
| US BANK | 7100-000 | $9,217.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $65,509.29 | $18,147.21 | $18,147.21 | $6,909.84 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL  AND FOOT, MELISSA | | Date Filed (f) or Converted (c): | 12/30/2015 (f) |
| For the Period Ending: | 4/4/2017 | | §341(a) Meeting Date: | 01/27/2016 |
| | | | Claims Bar Date: | 06/10/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 3838 N. Pontiac Avenue Chicago, IL 60634 | $246,864.00 | $0.00 | | $0.00 | FA |
| 2 | 2005 Ford Explorer | $3,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Car appears to be owned jointly - two exemptions per 12-1001(c) | | | | | |
| 3 | 2011 Mazda CX-9 | $16,625.00 | $0.00 | | $0.00 | FA |
| 4 | TV Blue Ray Player, X Box, Cell Phones | $800.00 | $150.00 | | $0.00 | FA |
| 5 | firearms Remington Rifle; Walter P9 Handgun | $550.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry - Diamond Ring | $6,000.00 | $200.00 | | $200.00 | FA |
| **Asset Notes:** | $5800 claimed as exempt on amended C filed 03/02/16; docket 18 | | | | | |
| 8 | Used furniture and appliances | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Chase account as of date of filing | $200.00 | $200.00 | | $200.00 | FA |
| 10 | Chase Savings Account | $5.00 | $5.00 | | $0.00 | FA |
| 11 | Federal income tax refund 2015 **(u)** | $0.00 | $7,108.00 | | $7,108.00 | FA |
| 12 | Earnings not yet deposited **(u)** | $3,214.40 | $482.16 | | $482.16 | FA |
| **Asset Notes:** | "Advantage Future Direct Deposit"; 85% exempt (735 ILCS 5/12-803) | | | | | |
| 13 | VA Disability Benefits **(u)** | $1,325.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | exempt (735 ILCS 5/12-1001 (g)(2)) | | | | | |
| 14 | IL State income tax refund 2015 **(u)** | $0.00 | $617.00 | | $617.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $280,483.40 | $8,762.16 | | $8,607.16 | $0.00 |

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:

Asset Case - non-exempt income tax refunds, non-exempt portion of wages, non-exempt value of wedding ring, and non-exempt bank account balance

Debtors have paid Trustee in full.

Claims bar date: 6/10/16 (government bar date: 6/27/16)

claims reviewed. ready for TFR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 15-43625 | |
| **Case Name:** | FOOT, DANIEL  AND FOOT, MELISSA | |
| **For the Period Ending:** | 4/4/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 12/30/2015 (f) |
| **§341(a) Meeting Date:** | 01/27/2016 |
| **Claims Bar Date:** | 06/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   09/30/2016        **Current Projected Date Of Final Report (TFR):**   02/06/2017

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL  AND FOOT, MELISSA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/09/2016 | | Daniel W. Foot | 1st Installment payment for non-exempt assets | | * | $7,408.00 | | $7,408.00 |
| | {11} | | 1st Installment payment for non-exempt assets | $6,117.53 | 1224-000 | | | $7,408.00 |
| | {14} | | 1st Installment payment for non-exempt assets | $530.41 | 1224-000 | | | $7,408.00 |
| | {7} | | 1st Installment payment for non-exempt assets | $172.61 | 1129-000 | | | $7,408.00 |
| | {9} | | 1st Installment payment for non-exempt assets | $172.61 | 1129-000 | | | $7,408.00 |
| | {12} | | 1st Installment payment for non-exempt assets | $414.84 | 1229-000 | | | $7,408.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.48 | $7,399.52 |
| 04/19/2016 | | Daniel W. Foot | 2nd Installment payment for non-exempt assets | | * | $954.00 | | $8,353.52 |
| | {14} | | 2nd Installment payment for non-exempt assets | $68.30 | 1224-000 | | | $8,353.52 |
| | {7} | | 2nd Installment payment for non-exempt assets | $22.23 | 1129-000 | | | $8,353.52 |
| | {9} | | 2nd Installment payment for non-exempt assets | $22.23 | 1129-000 | | | $8,353.52 |
| | {12} | | 2nd Installment payment for non-exempt assets | $53.42 | 1229-000 | | | $8,353.52 |
| | {11} | | 2nd Installment payment for non-exempt assets | $787.82 | 1224-000 | | | $8,353.52 |
| 04/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $12.53 | $8,340.99 |
| 05/03/2016 | (7) | William M. Murakoeski | [Deposit Entered in Error] 3rd Installment | | 1129-000 | $245.16 | | $8,586.15 |
| 05/03/2016 | (12) | WILLIAM MURAKOWSKI | [NSF] 3rd Installment payment for non-exempt assets | | 1229-000 | $245.16 | | $8,831.31 |
| 05/04/2016 | (7) | William M. Murakoeski | [Deposit Entered in Error] 3rd Installment | | 1129-000 | ($245.16) | | $8,586.15 |
| 05/16/2016 | (12) | WILLIAM MURAKOWSKI | [NSF] 3rd Installment payment for non-exempt assets | | 1229-000 | ($245.16) | | $8,340.99 |
| | | | | **SUBTOTALS** | | $8,362.00 | $21.01 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-43625 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FOOT, DANIEL  AND FOOT, MELISSA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2016 | | WILLIAM MURAKOWSKI | 3rd Installment payment for non-exempt assets (paid by Debtors' attorney from client funds) | * | $245.16 | | $8,586.15 |
| | {11} | | 3rd Installment payment for non-exempt assets | $202.65 | 1224-000 | | $8,586.15 |
| | {14} | | 3rd Installment payment for non-exempt assets | $18.29 | 1224-000 | | $8,586.15 |
| | {7} | | 3rd Installment payment for non-exempt assets | $5.16 | 1129-000 | | $8,586.15 |
| | {9} | | 3rd Installment payment for non-exempt assets | $5.16 | 1129-000 | | $8,586.15 |
| | {12} | | 3rd Installment payment for non-exempt assets | $13.90 | 1229-000 | | $8,586.15 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.28 | $8,572.87 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.38 | $8,559.49 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.81 | $8,545.68 |
| 03/21/2017 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,610.72 | $6,934.96 |
| 03/21/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $25.12 | $6,909.84 |
| 03/21/2017 | 3003 | Navient Solutions Inc. | Claim #: 4; Amount Claimed: $4,682.11; Distribution Dividend: 38.08%; | 7100-000 | | $1,782.79 | $5,127.05 |
| 03/21/2017 | 3004 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $204.93; Distribution Dividend: 38.08%; | 7100-900 | | $78.03 | $5,049.02 |
| 03/21/2017 | 3005 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $1,868.85; Distribution Dividend: 38.08%; | 7100-900 | | $711.59 | $4,337.43 |
| 03/21/2017 | 3006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $7,740.24; Distribution Dividend: 38.08%; | 7100-900 | | $2,947.22 | $1,390.21 |
| 03/21/2017 | 3007 | Cerastes, LLC | Claim #: 5; Amount Claimed: $668.84; Distribution Dividend: 38.08%; | 7100-900 | | $254.67 | $1,135.54 |
| 03/21/2017 | 3008 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: $716.73; Distribution Dividend: 38.08%; | 7100-900 | | $272.91 | $862.63 |
| 03/21/2017 | 3009 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $2,265.51; Distribution Dividend: 38.08%; | 7100-900 | | $862.63 | $0.00 |
| | | | | **SUBTOTALS** | $245.16 | $8,586.15 | |

**FORM 2**

Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 15-43625 | |
| Case Name: | FOOT, DANIEL  AND FOOT, MELISSA | |
| Primary Taxpayer ID #: | **-***1618 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/30/2015 | |
| For Period Ending: | 4/4/2017 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******2501 |
| Account Title: | Foot, Daniel and Melissa |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $8,607.16 | $8,607.16 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,607.16 | $8,607.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,607.16 | $8,607.16 | |

| For the period of **12/30/2015 to 4/4/2017** | | For the entire history of the account between **03/09/2016 to 4/4/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,607.16 | Total Compensable Receipts: | $8,607.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,607.16 | Total Comp/Non Comp Receipts: | $8,607.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,607.16 | Total Compensable Disbursements: | $8,607.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,607.16 | Total Comp/Non Comp  Disbursements: | $8,607.16 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

Case 15-43625   Doc 34   Filed 04/12/17   Entered 04/12/17 15:00:18   Desc Main   Page No: 4   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-43625 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FOOT, DANIEL  AND FOOT, MELISSA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1618 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Foot, Daniel and Melissa |
| For Period Beginning: | 12/30/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,607.16 | $8,607.16 | $0.00 |

| **For the period of 12/30/2015 to 4/4/2017** | | **For the entire history of the case between 12/30/2015 to 4/4/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,607.16 | Total Compensable Receipts: | $8,607.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,607.16 | Total Comp/Non Comp Receipts: | $8,607.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,607.16 | Total Compensable Disbursements: | $8,607.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,607.16 | Total Comp/Non Comp  Disbursements: | $8,607.16 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ